■ In the Matter of SUTTER FRENCH CONFECTIONS, INC. PNEVMA SUTTER, Appellant; EDISON SUTTER, Respondent.— Order, entered on October 2, 1961, as resettled by order dated December 19, 1961 granting petitioner's application to entertain a proceeding for dissolution of a corporation and directing a hearing before a Referee unanimously modified on the law and as a matter of discretion to eliminate the provision for a reference and directing that the matter proceed before the court and, as so modified, affirmed, without costs. The issue to be tried is not complex. Absent complexity or the necessity for extended hearings, the better practice is for the court to try the issue and refrain from referring the matter (*Matter of 3620 Perry Ave. Realty Corp.* [*De Burr*], 285 App. Div. 71; *Matter of Pivot Punch & Die Corp.*, 9 A D 2d 861; *Matter of Whitehall Art Co.*, 6 A D 2d 399). The reason for the practice is substantial because in a proceeding of this character Special Term does not have the power to review the Referee's findings (*Matter of Seamerlin Operating Co.*, 307 N. Y. 407). Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant, and ERNEST LINDER, JR., Respondent. — Order, entered on November 29, 1961, unanimously reversed and vacated on the law, without costs, and the motion for stay of arbitration remanded to Special Term for trial of issues in accordance with provisions of section 1450 of the Civil Practice Act. By contract of the parties, the right to arbitration depends upon whether or not the respondent's injury was occasioned by the alleged fault of an uninsured motorist; and the issues which may be arbitrated are limited to issues as to fault of the alleged uninsured motorist and damages if fault should be established. Where, as here, there is a question raised as to whether or not the alleged responsible motorist was in fact uninsured, the issues with relation to such question must be determined by a preliminary trial. (*Matter of Rosenbaum* [*Amer. Sur. Co. of N. Y.*], 11 N Y 2d 310.) Settle order on notice. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.